UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:16-cv-1231 AC<br><br><br>ORDER |

   Defendant has moved to dismiss this action for lack of subject matter jurisdiction. ECF No. 11. Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff shall respond to the motion to dismiss no later than 30 days from the date of this order;

   2. Defendant shall file her Reply, if any, no later than 14 days from the date of plaintiff's response; and

   3. The motion will be taken under submission at the completion of the briefing.

DATED: March 2, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE