PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, | Case No. 2:16-cv-01231-AC |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to answer the complaint and file a certified administrative record be extended until December 14, 2017. Defense requires additional time to create a complete administrative record due to a backlog in the Court Case Preparation and Review Branch and use/lose hours during the

holidays that will delay transmittal and review of the record. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                                                 Respectfully submitted,

Date: November 24, 2017     By:   */s/ Robert Weems\**
                                                ROBERT WEEMS
                                                Attorney for Plaintiff
                                                (\*By e-mail authorization on 11/22/17)

Dated: November 24, 2017          PHILLIP A. TALBERT
                                                United States Attorney
                                                DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                         By:   */s/ Donna W. Anderson*
                                                DONNA W. ANDERSON
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

                                                    <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: November 27, 2017

                                                      *[signature]*
                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE