McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL JOSEPH WILLIAMS, ) | Case No. 2:16-cv-01231-AC |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER FOR AN EXTENSION OF |
| ) | TIME |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until June 1, 2018. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the

government's position due schedule conflicts, as explained in the attached declaration. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: April 18, 2018     By:    */s/ Robert Weems* *
                                ROBERT WEEMS
                                Attorney for Plaintiff
                                (*By e-mail authorization on 04/17/18)


Dated: April 18, 2018           McGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                  */s/ Donna W. Anderson*
                                DONNA W. ANDERSON
                                Special Assistant United States Attorney
                                Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED:

Dated: April 18, 2018           _____
                                HON. ALLISON CLAIRE
                                United States Magistrate Judge