McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL JOSEPH WILLIAMS, ) <br> ) <br>     Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> NANCY A. BERRYHILL, Acting ) <br> Commissioner of Social Security, ) <br> ) <br>     Defendant. ) <br> ) | Case No. 2:16-cv-01231-AC <br><br> STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until June 15, 2018. This is Defendant's second request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the

government's position due schedule conflicts. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                                         Respectfully submitted,

Date: June 1, 2018        By:    */s/ Robert Weems* \*
                                               ROBERT WEEMS
                                             Attorney for Plaintiff
                                             (\*By e-mail authorization on 06/01/18)

Dated: June 1, 2018                  McGREGOR W. SCOTT
                                             United States Attorney
                                           DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                             */s/ Donna W. Anderson*
                                           DONNA W. ANDERSON
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant

                                         ORDER

APPROVED AND SO ORDERED:

Dated: June 4, 2018

                                             ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE